B 2100 A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Alabama

In re: <u>Dwight Earl Brown, Jr. and Lakisha Mickens Brown</u>     Case No:<u>18-00436-DSC</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust** | **Wells Fargo Bank, N.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim # (if known): **5**
Amount of Claim: **$91,883.05**
Date Claim Filed: **03/05/2018**

Name and Address where notices to transferee should be sent:
**SN SERVICING CORP
323 Fifth Street
Eureka, CA 95501**
Phone: **800-603-0836**
Last Four Digits of Acct #: **4925**

Phone (if available): **800-274-7025**
Last Four Digits of Acct#: **5159**

Name and Address where transferee payment should be sent (if different from above):
**SN SERVICING CORP
323 Fifth Street,
Eureka, CA 95501**
Phone: **800-603-0836**
Last Four Digits of Acct #: **4925**

By:   /s/ Jacob Mauldin
      Jacob Mauldin
      AL State Bar No. ASB-7826-B44M
      Rubin Lublin, LLC
      100 Concourse Parkway, Suite 115
      Birmingham, AL 35244
      (877) 813-0992
      jmauldin@rubinlublin.com
      Attorney for Creditor

Date: October 15, 2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5years, or both. 18 U.S.C §§ 152 & 3571.

CERTIFICATE OF SERVICE

       I, Jacob Mauldin of Rubin Lublin, LLC certify that on the 15th day of October, 2018, I caused a copy of the Transfer of Claim Other Than for Security to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Dwight Earl Brown, Jr.
1898 19th St
Calera, AL 35040

Lakisha Mickens Brown
1898 19th St
Calera, AL 35040

Brent William Davis, Esq.
Brent W. Davis & Associates, L.L.C.
Post Office Box 1808
Pelham, AL 35124

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

Executed on 10/15/18
By:/s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor