| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Dwight Earl Brown, Jr. |
| Debtor 2 (Spouse, if filing) | Lakisha Mickens Brown |
| United States Bankruptcy Court for the: | Northern District of Alabama |
| Case number | 18-00436-DSC13 |

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Cabana Series III Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 9 2 5

**Date of payment change:** Must be at least 21 days after date of this notice  06/01/2019

**New total payment:** Principal, interest, and escrow, if any  $ 567.57

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 232.38   New escrow payment: $ 253.76

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1   Notice of Mortgage Payment Change   page 1

Case 18-00436-DSC13   Doc   Filed 05/07/19   Entered 05/07/19 14:43:36   Desc Main Document   Page 1 of 6

| Debtor 1 | Dwight Earl Brown, Jr. | Case number (if known) 18-00436-DSC13 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ D. Anthony Sottile
Signature

Date 05/07/2019

Print: D. Anthony Sottile
First Name   Middle Name   Last Name

Title Authorized Agent for Creditor

Company Sottile & Barile, LLC

Address 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

Official Form 410S1   Notice of Mortgage Payment Change   page **2**

Case 18-00436-DSC13    Doc    Filed 05/07/19    Entered 05/07/19 14:43:36    Desc Main
Document    Page 2 of 6

SN Servicing Corporation   Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   April 18, 2019

DWIGHT E BROWN JR   Loan: 
1898 19TH ST   Property Address:
CALERA AL  35040   1898 19TH STREET
  CALERA, AL  35040

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Oct 2018 to May 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 313.81 | 313.81 |
| Escrow Payment: | 232.38 | 253.76 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $546.19 | $567.57 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2018 |
| Escrow Balance: | 845.67 |
| Anticipated Pmts to Escrow: | 1,394.28 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $2,239.95 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 0.00 |
| Oct 2018 | | 3,406.24 | | | * | Escrow Only Payment | 0.00 | 3,406.24 |
| Oct 2018 | | | | 3,684.09 | * | | 0.00 | (277.85) |
| Nov 2018 | | 232.38 | | | * | | 0.00 | (45.47) |
| Nov 2018 | | | | 466.60 | * | County Tax | 0.00 | (512.07) |
| Dec 2018 | | 232.38 | | | * | | 0.00 | (279.69) |
| Dec 2018 | | 195.84 | | | * | Escrow Only Payment | 0.00 | (83.85) |
| Jan 2019 | | 232.38 | | | * | | 0.00 | 148.53 |
| Feb 2019 | | 232.38 | | | * | | 0.00 | 380.91 |
| Mar 2019 | | 232.38 | | | * | | 0.00 | 613.29 |
| Apr 2019 | | 232.38 | | | * | | 0.00 | 845.67 |
| | | | | | | Anticipated Transactions | 0.00 | 845.67 |
| Apr 2019 | | 1,161.90 | | | | | | 2,007.57 |
| May 2019 | | 232.38 | | | | | | 2,239.95 |
| | $0.00 | $6,390.64 | $0.00 | $4,150.69 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation                                    Final
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   April 18, 2019

DWIGHT E BROWN JR                                                                         Loan: 

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,239.95 | 2,578.57 |
| Jun 2019 | 253.76 | | | 2,493.71 | 2,832.33 |
| Jul 2019 | 253.76 | 2,578.56 | Homeowners Policy | 168.91 | 507.53 |
| Aug 2019 | 253.76 | | | 422.67 | 761.29 |
| Sep 2019 | 253.76 | | | 676.43 | 1,015.05 |
| Oct 2019 | 253.76 | | | 930.19 | 1,268.81 |
| Nov 2019 | 253.76 | | | 1,183.95 | 1,522.57 |
| Dec 2019 | 253.76 | 466.60 | County Tax | 971.11 | 1,309.73 |
| Jan 2020 | 253.76 | | | 1,224.87 | 1,563.49 |
| Feb 2020 | 253.76 | | | 1,478.63 | 1,817.25 |
| Mar 2020 | 253.76 | | | 1,732.39 | 2,071.01 |
| Apr 2020 | 253.76 | | | 1,986.15 | 2,324.77 |
| May 2020 | 253.76 | | | 2,239.91 | 2,578.53 |
| | $3,045.12 | $3,045.16 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of $507.53.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed $507.53 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $2,239.95.  Your starting balance (escrow balance required) according to this analysis should be $2,578.57.  This means you have a shortage of $338.62. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be $3,045.16.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 253.76 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $253.76 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# BIRMINGHAM DIVISION

| | |
|---|---|
| In Re: | Case No. 18-00436-DSC13 |
| Dwight Earl Brown, Jr.<br>Lakisha Mickens Brown | Chapter 13 |
| Debtors. | Judge D. Sims Crawford |

## CERTIFICATE OF SERVICE

I certify that on May 7, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

Brent William Davis, Debtors' Counsel
brent@brentwdavis.com

Bradford W. Caraway, Chapter 13 Trustee
ctmail@ch13bham.com

Office of the United States Trustee
(registeredaddress)@usdoj.gov

I further certify that on May 7, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Dwight Earl Brown, Jr., Debtor
1898 19th St
Calera, AL 35040

Lakisha Mickens Brown, Jr., Debtor
1898 19th St
Calera, AL 35040

| | |
|---|---|
| Dated: May 7, 2019 | /s/ D. Anthony Sottile<br>D. Anthony Sottile<br>Authorized Agent for Creditor<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com |